UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

February 24, 2020

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00041 AC |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| AARON C. BELL, | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release AARON C. BELL Case No. 2:20-mj-00041 AC Charges 18 U.S.C. §17 from custody for the following reasons:

___x___ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

___x___ Other: Pretrial status conditions as stated on the record in open court.

Issued at Sacramento, California on February 24, 2020 at ___2:20___ P.M.

By: _____
Magistrate Judge Allison Claire