HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, State Bar #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
linda.allison@fd.org

Attorneys for Defendant
AARON C. BELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AARON C. BELL, <br><br> Defendant. | Case No. 2:20-MJ-00041-AC <br><br> STIPULATION TO CONTINUE JUDGMENT AND SENTENCING <br><br> Date: March 16, 2020 <br> Time: 9:00 a.m. <br> Judge: Hon. Allison Claire |

IT IS HEREBY STIPULATED by and between Special Assistant United States Attorney Alstyn Bennett, attorney for Plaintiff, Assistant Federal Defender Linda Allison, attorney for Aaron C. Bell, that the status conference set for March 16, 2020 be vacated. Counsel for the defendant has confirmed that this case will not be transferred under Rule 20. The court in Washington will not require his personal appearance and the defendant will be allowed to appear *in absentia*. Court is set there for March 25, 2020. Therefore, there is no need for a status conference.

DATED: February 27, 2020    HEATHER E. WILLIAMS
                            Federal Defender

                            */s/ Linda C. Allison*
                            LINDA C. ALLISON
                            Assistant Federal Defender
///                         Attorney for Aaron C. Bell

Stipulation to Continue        -1-

DATED: February 27, 2020   McGregor W. Scott
United States Attorney

*/s/ Alstyn B. Bennett*
ALSTYN B. BENNETT
Special Assistant United States Attorney
Attorney for Plaintiff

# O R D E R

IT IS HEREBY ORDERED for reasons stated above that the status conference set for March 16, 2020 at 9:00 a.m. be vacated and the case be closed.

DATED: March 4, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE